IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-02699-ZLW

BENAD ABIODUN,

    Plaintiff,

v.

JEFFERSON COUNTY,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Dated: February __13__, 2008


    It is ORDERED that the Order Granting Leave To Proceed On Appeal Pursuant
To 28 U.S.C. § 1915 And Fed. R. App. P. 24 (Doc. No. 11) is stricken as it was
erroneously granted.  An order denying leave to proceed on appeal will be issued to
replace this Order.